IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INTERCONTNENTAL BUILDING PRODUCTS, LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DSV AIR & SEA, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:21-cv-00732-TC<br><br>Judge Tena Campbell |

Before the court is a Stipulated Motion for Extension of Time to File Response to Defendant's Counterclaims. (ECF No. 9.) The court, having considered the Stipulated Motion, and for good cause appearing, hereby ORDERS that the Stipulated Motion (ECF No. 9) is GRANTED. Plaintiff may file its response to the Defendant's Counterclaims by February 9, 2022.

DATED this 3d day of February, 2022.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge