IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INTERCONTINENTAL BUILDING PRODUCTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DSV AIR & SEA, INC., <br><br> Defendant. | **AMENDED SCHEDULING ORDER** <br><br> Case No. 2:21-cv-00732-TC-DBP <br><br> District Judge Tena Campbell <br><br> Chief Magistrate Judge Dustin B. Pead |

    Before the court is the parties' Stipulated Motion to Amend Scheduling Order ("Motion"). The court, having considered the Motion, the docket, the stipulation of the parties, and being sufficiently advised in the premises, hereby GRANTS the Motion. The Scheduling Order (ECF 13) is amended as follows:

**\*\*ALL TIMES 4:30 PM UNLESS INDICATED\*\***

| | | | |
|---|---|---|---|
| 1. | | **PRELIMINARY MATTERS** | **DATE** |
| | | Nature of claims and any affirmative defenses: | |
| | a. | Date the Rule 26(f)(1) conference was held? | 02/22/22 |
| | b. | Have the parties submitted the Attorney Planning Meeting Report? | 02/22/22 |
| | c. | Deadline for 26(a)(1) initial disclosures? | 03/07/22 |
| 2. | | **DISCOVERY LIMITATIONS** | **NUMBER** |
| | a. | Maximum number of depositions by Plaintiff(s): | 10 |
| | b. | Maximum number of depositions by Defendant(s): | 10 |

| | | |
|---|---|---|
| c. | Maximum number of hours for each deposition (unless extended by agreement of parties): | 7 |
| d. | Maximum interrogatories by any party to any party: | 25 |
| e. | Maximum requests for admissions by any party to any party: | 25 |
| f. | Maximum requests for production by any party to any party: | 25 |
| g. | The parties shall handle discovery of electronically stored information as follows: | |
| h. | The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as follows: *Include provisions of agreement to obtain the benefit of Fed. R. Evid. 502(d).* | |
| i. | Last day to serve written discovery: | 11/25/22 |
| j. | Close of fact discovery: | 12/23/22 |
| k. | *(optional)* Final date for supplementation of disclosures and discovery under Rule 26(e): | <u>00/00/00</u> |

| 3. | **AMENDMENT OF PLEADINGS/ADDING PARTIES**[1] | **DATE** |
|---|---|---|
| a. | Last day to file Motion to Amend Pleadings: | 05/02/22 |
| b. | Last day to file Motion to Add Parties: | 05/02/22 |

| 4. | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | **DATE** |
|---|---|---|

**Disclosures (subject and identity of experts)**

| | | |
|---|---|---|
| a. | Party(ies) bearing burden of proof: | 01/20/23 |
| b. | Counter disclosures: | 02/17/23 |

**Reports**

| | | |
|---|---|---|
| a. | Party(ies) bearing burden of proof: | 02/17/23 |

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

|   |   |   |
|---|---|---|
| b. | Counter reports: | 03/24/23 |

| 5. | **OTHER DEADLINES** | **DATE** |
|---|---|---|
| a. | Last day for expert discovery: | 03/24/23 |
| b. | Deadline for filing dispositive or potentially dispositive motions: | 05/02/23 |
| c. | Deadline for filing partial or complete motions to exclude expert testimony: | 05/02/23 |

| 6. | **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION** | **DATE** |   |
|---|---|---|---|
| a. | Likely to request referral to a magistrate judge for settlement conference: | Yes | |
| b. | Likely to request referral to court-annexed arbitration: | No | |
| c. | Likely to request referral to court-annexed mediation: | Yes | |
| d. | The parties will complete private mediation/arbitration by: | | 05/02/23 |
| e. | Evaluate case for settlement/ADR on: | | 03/25/23 |
| f. | Settlement probability: | Good | |

*Specify # of days for Bench or Jury trial as appropriate.*
*The Court will complete the shaded areas.*

| 7. | **TRIAL AND PREPARATION FOR TRIAL** | **TIME** | **DATE** |
|---|---|---|---|
| a. | Rule 26(a)(3) pretrial disclosures[1] | | |
|    | Plaintiff(s): | | *09/01/23* |
|    | Defendant(s): | | *09/15/23* |
| b. | Objections to Rule 26(a)(3) disclosures (if different than 14 days provided in Rule) | | *00/00/00* |

---

[1] The Parties must disclose and exchange any demonstrative exhibits or animations with the 26(a)(3) disclosures.

|   |   |   |   |   |
|---|---|---|---|---|
| c. | Special Attorney Conference² on or before: | | | *09/29/23* |
| d. | Settlement Conference³ on or before: | | | *09/29/23* |
| e. | Final Pretrial Conference: | | 3:00 p.m. | *10/23/23* |
| f. | Trial | Length | | |
|   | i. Bench Trial | *# days* | ___:___ _.m. | *00/00/00* |
|   | ii. Jury Trial | *# days* | 8:30 a.m. | *11/13/23* |

**8.    OTHER MATTERS**

Parties should fully brief all Motions in Limine well in advance of the pretrial conference.

DATED this 24 August 2022.

_____
Dustin B. Pead
United States Magistrate Judge

---

² The Special Attorneys Conference does not involve the court. During this conference, unless otherwise ordered by the court, counsel will agree, to the extent possible, on voir dire questions, jury instructions, and a pretrial order. They will discuss the presentation of the case, and they should schedule witnesses to avoid gaps and disruptions. The parties should mark exhibits in a way that does not result in duplication of documents. The pretrial order should include any special equipment or courtroom arrangement requirements.

³ The Settlement Conference does not involve the court unless the court enters a separate order. Counsel must ensure that a person or representative with full settlement authority or otherwise authorized to make decisions regarding settlement is available in person or by telephone during the Settlement Conference.